UST-32, 3-03

DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| GYMDAY CORP. DBA ANYTIME FITNESS | ) | CASE NO. 09-14466-PHX-RTB |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 116 | 10/6/10 | NORTHCOTT BANNER CORPORATION<br>3020 E. 28th Street<br>Minneapolis MN 55406 | $.80 |
| 119 | 10/6/10 | FISH WINDOW CLEANING<br>P.O. BOX 40152<br>Tucson AZ 85717 | $.74 |
| 152 | 10/6/10 | RAINBOW GUITARS<br>ATTN: Stefin Gordon<br>2865 N. Venice Avenue<br>Tucson AZ 85712 | $.14 |
| 158 | 10/6/10 | EMPIRE LAVEEN VILLAGE CENTER, LLC<br>6617 N. SCOTTSDALE RD, STE 101<br>SCOTTSDALE AZ 85250 | $322.73 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $324.41 to the Clerk of Court to be deposited in the Registry thereof.

<u>January 4, 2011</u>          /s/
     DATE                                DIANE M. MANN, Trustee